UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Harrisburg Division

| | | |
|---|---|---|
| In re: | : | |
| | : | Bankr. Case No.: 1:10-03694-MDF |
| JARED A. RUMER, and | : | |
| ELIZABETH A. RUMER, | : | Chapter 7 |
| | : | |
| Debtor. | : | |

| | | |
|---|---|---|
| JARED A. RUMER, and | : | Adv. Proc. No.: 11-0232 |
| ELIZABETH A. RUMER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| AES, ACS, PHEAA, J.P. MORGAN | : | |
| CHASE, N.A., CITIBANK, N.A., | : | |
| TRUSTEE FOR STUDENT LOAN CORP., | : | |
| KEYBANK, CALIFORNIA STUDENT | : | |
| AID COMMISSION, NCT, SALLIE MAE, | : | |
| DEPT. OF EDUCATION, and PNC BANK, | : | |
| | : | |
| Defendants. | : | |

**STIPULATION TO DISCHARGE EDUCATIONAL LOAN DEBT
BETWEEN PLAINTIFFS AND SALLIE MAE, INC.**

Plaintiffs, Jared A. Rumer and Elizabeth A. Rumer ("Plaintiffs"), and Sallie Mae, Inc. ("Sallie Mae"), hereby stipulate as follows:

1. On April 30, 2010, Plaintiffs filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, and a discharge of eligible debts was entered on December 20, 2010.

2. On April 12, 2010, Plaintiffs filed a Complaint, naming, *inter alia*, Sallie Mae as a Defendant, seeking a discharge of educational loan debt pursuant 11 U.S.C. § 523(a)(8).

3. Plaintiff, Jared A. Rumer ("Jared Rumer"), is indebted to Sallie Mae pursuant to the applicable terms of one (1) educational loan Promissory Note ("Promissory Note"), disbursed on February 21, 2007.

4. As of April 19, 2011, there was a balance due and owing under the Promissory Note, including principal, interest and fees, in the amount of $885.50.

5. The parties agree to a discharge of Jared Rumer's debt due Sallie Mae, arising from the Promissory Note referenced herein above, included within the general discharge entered in the Plaintiffs' main bankruptcy case on December 20, 2010; upon approval of this Stipulation by the court, Jared Rumer will owe no further obligation to Sallie Mae on the debt referenced herein.

6. This Stipulation may be executed in counterparts, by facsimile and/or by electronic mail, each of which shall constitute an original, but all of which together shall constitute one and the same Stipulation between the parties.

7. The parties agree to a dismissal of Sallie Mae as a Defendant in this adversary proceeding, subject to the terms of this Stipulation, upon approval of this Stipulation by the court.

*[this space is intentionally left blank]*

WHEREFORE, the parties pray this Honorable court for an Order approving this Stipulation and dismissing Sallie Mae as a Defendant in the above-captioned adversary proceeding.

By:    /s/ Sara A. Austin
       Sara A. Austin, Esquire
       Austin Law Firm LLC
       226 East Market St.
       York, PA 17403
       Telephone: (717) 846-2246
       Facsimile: (717) 846-2248
       E-mail: saa2@austinlawllc.com
       Attorneys for Plaintiffs,
       Jared A. Rumer and Elizabeth A. Rumer

By:    /s/ William J. Becket
       William J. Becket
       Attorney licensed only in Pennsylvania and the
       Eastern District of Pennsylvania Federal Courts
       PA Bar No. 76034
       BECKET & LEE LLP
       16 General Warren Boulevard
       P.O. Box 3001
       Malvern, PA 19355
       Telephone: (610) 644-7800
       Facsimile: (610) 993-8493
       E-mail: wbecket@becket-lee.com
       Authorized agent for Sallie Mae, Inc.