# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    JARED A. RUMER, | : | Chapter 7 |
|    ELIZABETH A. RUMER, fka | : | Case No. 1-10-bk-03694 |
|    ELIZABETH ANN LITTLE, | : | |
|       Debtors | : | |

| | | |
|---|---|---|
| Jared A. Rumer, | : | |
| Elizabeth A. Rumer, fka | : | |
| Elizabeth Ann Little, | : | |
|       Plaintiffs, | : | A/P 11-ap-00232 MDF |
| v. | : | (Student Loan dischargeability) |
| | : | |
| AES, ACS, PHEAA, J.P. Morgan Chase, N.A., | : | |
| Citibank, N.A., Trustee for Student Loan Corp. | : | |
| o/b/o American Student Assistance, Keybank, | : | |
| California Student Aid Commission, NCT, | : | |
| Sallie Mae, Dept. of Education and PNC Bank, | : | |
|       Defendants | : | |

## JOINT STIPULATION FOR DISMISSAL AS TO ECMC

AND NOW, this 10th day of October, 2012, come the Plaintiffs, Jared and Elizabeth Rumer, by and through their counsel, Sara A. Austin, Esq., **Austin Law Firm LLC**, and Defendant ECMC, by its counsel, John Neblett, Esq., **Reager & Adler PC**, and do file this Joint Stipulation as follows:

    1.    The parties have entered into Settlement Agreements relative to the dischargeability of loans due by Plaintiffs to ECMC.

    2.    As a result of the settlements, the parties hereto desire to have this matter marked settled and dismissed as to ECMC.

WHEREFORE, Plaintiffs and ECMC respectfully request that this Honorable Court enter the attached Order, and for such other relief as may be just and proper.

Respectfully submitted,

/s/ Sara A. Austin
Sara A. Austin, Esquire
Supreme Court I.D. No. 59052
AUSTIN LAW FIRM, LLC
226 East Market Street
York, PA 17403
(717) 846-2246 phone
saustin@austinlawllc.com
Counsel for Plaintiffs


/s/ John Neblett
John Neblett, Esq.
Supreme Court ID No. _____
2331 Market Street
Camp Hill, PA 17011
(717) 763-1383 phone
JNeblett@reageradlerpc.com
Counsel for ECMC

## CERTIFICATE OF SERVICE

The undersigned certifies that this 10th day of October, 2012, a true and correct copy of the foregoing pleading was or will be served on the following by electronic means:

John Neblett, Esq.
    Counsel for ECMC

                              /s/ Sara A. Austin _____
                                Sara A. Austin, Esquire

3

Case 1:11-ap-00232-MDF    Doc 107    Filed 10/10/12    Entered 10/10/12 10:19:47    Desc
Main Document    Page 3 of 3